IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG JOHNSON,<br><br>  Plaintiff,<br><br>   v.<br><br>TRICAM INDUSTRIES, INC., and<br>DOES 1-20,<br><br>  Defendants. | 2:12-cv-00909-GEB-CMK<br><br>ORDER REFERRING CASE TO VDRP |

On April 25, 2012, the parties filed a Stipulation to Elect Referral of Action to Voluntary Dispute Resolution Program (VDRP) Pursuant to Local Rule 271. (ECF No. 8.)

Therefore, this matter is referred to VDRP.

**Dated:  April 26, 2012**

_____
**GARLAND E. BURRELL, JR.
United States District Judge**

1